# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                          **CASE NO: 6:23-mj-1120-EJK**

**BRANDON CLINT RUSSELL**

AUSA: Michael Felicetta

Defense Attorney: Todd Doss, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **February 6, 2023**<br>1:39 P.M.-2:41 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 1 hour and 2 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Sophia Kollaian |

### CLERK'S MINUTES
#### INITIAL APPEARANCE/PRELIMINARY EXAMINATION HEARING

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant, no issues as to competency.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the count in the Complaint and potential penalties.
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Preliminary Examination held.
Government Witness, FBI Agent, Michael Filippone is sworn and testifies.
Defense- cross examination.
Government-redirect.
Testimony concludes- Argument
Court finds sufficient evidence to establish probable cause to proceed- order to be entered.
Defendant reserves Detention Hearing
Government Oral Motion for Detention- granted- order to be entered.
Court directs the USM to transport defendant to the charging district for further proceedings.
Court advises government of the requirements pursuant to the Due Process Protections Act.