UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                   **CASE NO: 6:23-mj-1120-EJK**

**BRANDON CLINT RUSSELL**

**ORDER APPOINTING
FEDERAL PUBLIC DEFENDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on February, 6, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE