**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                            **CASE NO: 6:23-mj-1120-EJK**

**BRANDON CLINT RUSSELL**

---

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Brandon Clint Russell, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Maryland was held on February 6, 2023.

It is, therefore,

**ORDERED** that BRANDON CLINT RUSSELL be held to answer in the district court in which the prosecution is pending. Defendant reserves the right to have a detention hearing in the charging district. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 6, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE