# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:23-mj-1120-EJK

BRANDON CLINT RUSSELL

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in the complaint have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **Brandon Clint Russell** is held to answer in the Middle District of Florida where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE